AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Nov 07, 2024
SEAN F. McAVOY, CLERK

JEROME CURRY, JR.,  )
*Plaintiff*  )   Civil Action No. 1:24-cv-03141-TOR
v.  )

JOANNA BENDER (King County Superior Court), CANDACE L. HOOPER (Kittitas County Superior Court), JUDGE TRACY STABB (Washington State Court of Appeals, Division III), KING COUNTY PROSECUTOR'S OFFICE, KITTITAS COUNTY PROSECUTOR'S OFFICE, KING COUNTY PUBLIC DEFENDERS, KITTITAS COUNTY PUBLIC DEFENDERS, MATT MILLS (Kittitas County Prosecutor), ZACHARY R. WILLIAMS (Kittitas County Prosecutor), GREGORY L. ZEMPEL (Kittitas County Prosecutor), MARGIE ALUMBAUGH (Kittitas County Attorney), ETOY ALFORD (Kittitas County Attorney), ROBERT COSSEY (Spokane County Attorney), KAREN BOWEN (Kittitas County Clerk of Court), SARAH KEITH (Kittitas County Court Administrator),

LEA ENNIS (King County/Division I Administrator Clerk), TRISTEN WORTHEN (Spokane County/Division 3 Administrator or Clerk), ERIN L. LENNON (King County Superior Court Clerk), SARAH PENDLETON (Olympia Duty Clerk), PATICIA GOLDMAN (King County Prosecutor), DAVID S. KEENAN (King County Judge), NARESH RAJAN (King County Public Defense Counsel), JUDGE WHALEN (Washington Supreme Court Olympia), CATHERINE CORNWALL (King County Clerk), JENNIFER (King County DRW), KING COUNTY BAR ASSOCIATION, MECHELE STORM (King County ACLU), MR. CALLNER (Judicial Commission Conduct Olympia), CLAY MYERS (Kittitas County Sheriff), ZACHERY GREEN (Kittitas County Sheriff), TYRELL NIELSEN (Kittitas County), JOSE SERRANO (Kittitas County), CHARLES BERG (Kittitas County), ROBIN LOVELL (Kittitas County), KITCOM CAD (Kittitas County), SYDNEE STERKEL (Kittitas County), CPL NIELSEN (I-90), WSP'S VICTORIA (I-90), CHRISTEN WHITE (I-90), DENSLEY ARON (Kittitas County), THOMAS MEGARGLE (Kittitas County), LOGAN SWIFT (Kittitas County), K. SWIFT, CPC RICHARD PRYOR, and DEVIN DONALD BAKER,

*Defendants*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

The First Amended Complaint, ECF No. 19, is DISMISSED without prejudice to Plaintiff pursing his claims in his state criminal proceeding and subsequent state appellate and state and federal collateral review proceedings.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Thomas O. Rice

Date:  11/7/2024

CLERK OF COURT

SEAN F. McAVOY

s/ Lee Reams
*(By) Deputy Clerk*

Lee Reams